UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 15478
  MICHAEL L WATKINS

                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4922


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/25/2006 and was confirmed 03/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 02/12/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT OF REVENUE | PRIORITY | 2598.67 | 123.72 | 134.33 |
| INTERNAL REVENUE SERVICE | PRIORITY | 16473.23 | 784.17 | 851.53 |
| SBC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AT&T | UNSEC W/INTER | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ADVOCATE TRINITY HOSPITA | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ADVOCATE TRINITY HOSPITA | UNSEC W/INTER | NOT FILED | .00 | .00 |
| JAMES E BECKETT MD | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSEC W/INTER | 722.17 | .00 | .00 |
| CHICAGO IMAGING | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHICAGO IMAGING ASSOC LL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSEC W/INTER | 202.00 | .00 | .00 |
| TCF BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| COUNTY OF COOK PROVIDENT | UNSEC W/INTER | 429.00 | .00 | .00 |
| ADVOCATE TRINITY HOSPITA | UNSEC W/INTER | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO HO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSEC W/INTER | 434.92 | .00 | .00 |
| PEOPLES GAS & LIGHT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | 1035.00 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | 2495.00 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | NOT FILED | .00 | .00 |
| UNIVERSAL UNDERWRITERS A | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | 1365.18 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSEC W/INTER | 143.42 | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | 2051.59 | 88.30 | 2051.59 |
| CITY OF CHICAGO | PRIORITY | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | NOT FILED | .00 | .00 |
| CRESCENT RECOVERY LLC | UNSEC W/INTER | 5759.15 | .00 | .00 |
| HOUSEHOLD BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 06 B 15478 MICHAEL L WATKINS

```
INTERNAL REVENUE SERVICE  PRIORITY      NOT FILED              .00           .00
CITY OF CHICAGO REVENUE    UNSECURED     NOT FILED              .00           .00
ILLINOIS DEPT OF REVENUE   UNSEC W/INTER  110.79                .00           .00
MARTIN J OHEARN            DEBTOR ATTY   2,500.00                         2,500.00
TOM VAUGHN                 TRUSTEE                                          447.36
DEBTOR REFUND              REFUND                                              .00
```

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 6,981.00 | |
| | | |
| PRIORITY | | 3,037.45 |
| INTEREST | | 996.19 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,500.00 |
| TRUSTEE COMPENSATION | | 447.36 |
| DEBTOR REFUND | | .00 |
| TOTALS | 6,981.00 | 6,981.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE